

**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**    January 17, 2012

**TO:**    **GRIEVANCE OFFICE**

**FROM:**    Heidi Moss, RN Supervisor

**SUBJECT: MEDICAL GRIEVANCE RESPONSE, M440,M442,M430,M427**

After a review of offender Gevas, David #B41175 medical file shows, in regards to
M440 the medication was out of stock but was avail the next day. In regards to
M442 order was expired on 11.17.11 and was renewed 11.28.11. In regards to
M430 medication was renewed on 11.29.11, no MD note in chart. In regards to
M427 12.12.11 collegial review done and disapproved for more contacts they
already replaced contact lens this year. Will discuss with Optometry.

HM: asc

cc:    File

SOME GRIEVANCES CONCERNING TRAMADOL EXPIRING.

MANY GRIEVANCES WERE NOT RETURNED FROM EMERGENCY REVIEW.

SOME GRIEVANCES WERE NOT RETURNED FROM THE COUNSELORS.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 12/07/2010 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: STATEVILLE | | Facility where grievance issue occurred: STATEVILLE |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability     JAN 1 9 2011

☐ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA     1783

☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

☐ Disciplinary Report: ____ / ____ / ____
Date of Report          Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT NOVEMBER 4, 2010 THE PRESCRIBED TRAMADOL 100 MG TWICE A DAY PAIN MEDICATION FOR THE EXTREME PAIN IN MY LEFT SHOULDER DUE TO INJURY RAN OUT AND DR. R. SCHAFOR DELIBERATELY DENIED TO RE-PRESCRIBE. FOLLOWING NOV. 4, 2010 I PUT IN 3 WRITTEN REQUESTS FOR SICK CALL IN THE APPROPRIATE RECEPTACLE IN ORDER TO BE SEEN BY MD SICK CALL (MDSC) TO HAVE THIS TRAMADOL 100 MG TWICE A DAY RE-PRESCRIBED AND WAS DELIBERATELY DENIED ANY ACCESS TO MDSC. ON NOV. 18, 2010 I WAS

Relief Requested: IMMEDIATELY RE-PRESCRIBE TRAMADOL 100 MG TWICE A DAY AND/OR PAIN MEDICATION FOR EXTREME PAIN IN LEFT SHOULDER AND DAMAGES FOR SUFFERING UNNECESSARY AND WAITING IN FLICTED OF EXTREME PAIN.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

David Gevas                    B41175          12 27, 2010
Offender's Signature           ID#             Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: 01, 27, 11   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to Med. Staff you have been recieving your prescription for tramadol twice a day in the morning and afternoon and it is set for refill on February 03rd 2011

C. Johnson                    C. Johnson          01, 27, 11
Print Counselor's Name        Counselor's Signature   Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        _____
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender                Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

SEEN BY L. WILLIAMS (PA) AND BROUGHT THE TRAMADOL
TO HER ATTENTION AND SHE REFERRED ME TO DR. R. SCHAFER
WHO AGAIN DELIBERATELY DENIED TO RE-PRESCRIBE
ANY PAIN MEDICATION FOR THE EXTREME PAIN IN MY
LEFT SHOULDER.

ON NOV. 18, 2010 I WAS MOVED TO B HOUSE AS FOLLOWING
I PUT IN 6 WRITTEN REQUESTS FOR SICK CALL (MDSC)
IN THE PROPER PROCEDURE IN ORDER TO BE SEEN
BY MDSC TO HAVE THE TRAMADOL 100 MG TWICE A DAY
RE-PRESCRIBED AND WAS DELIBERATELY DENIED ACCESS
TO MDSC.

FROM NOV. 4, 2010 TO DATE I HAVE REQUESTED EVERY NURSE
AND PERSON WHOM DELIVERS MEDICATION TO ME FOR
OTHER PURPOSES TO ASSIST ME WITH GETTING MY
TRAMADOL RE-PRESCRIBED.

ACCORDING TO ONE NURSE DR. SCHAFER DELIBERATELY
DENIED TO REPRESCRIBE ANY PAIN MEDICATION FOR
THE EXTREME PAIN IN MY LEFT SHOULDER AND SHE IS
REFERRING ME TO ANOTHER DOCTOR AND/OR SOMEONE
WHOM WILL PRESCRIBE THE TRAMADOL AND/OR PAIN MEDICATION
FOR THE EXTREME PAIN IN MY LEFT SHOULDER.

FROM ON OR ABOUT NOV. 4 2010 TO DATE THE
EXTREME PAIN IN MY LEFT SHOULDER HAS CAUSED ME
THE INABILITY TO SLEEP PROPERLY AND TO PROPERLY
FUNCTION WITH MY DAILY ACTIVITIES INCLUDING SUFFERING
UNNECESSARY AND WANTON INFLICTION OR EXTREME
PAIN. THIS IS THE SECOND GRIEVANCE WRITTEN BECAUSE
THE FIRST GRIEVANCE WAS NOT RETURNED.

HAVE NOT RECEIVED TRAMADOL SINCE 2/3/11.

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: FEBRUARY 19, 2011          Date Reviewed: September 19, 2011          Grievance #783

Committed Person: DAVID GEVAS                                                         I.D.# B41175

Nature of Grievance: MEDICAL TREATMENT

Facts Reviewed: Grievant alleges that his prescription for Tramadol ran out on or about 11/04/10 and Dr. Schaefer deliberately denied the renewal of his pain medication. He is requesting immediate renewal of his medication and monetary damages.

Counselor Response: per C. Johnson on 01/27/11, according to medical staff you have been receiving your prescription for Tramadol twice a day in the morning and the afternoon and it is set to refill on 02/03/11.

Grievance Officer finds that per grievant medical records the grievant was:

Seen on 10/04/10 by Dr. Schaefer for the renewal of the pain medication Tramadol – renewed for 6 wks. – exp. 11/15/10

Request received by medical for a renewal of Tramadol – per MD note – this medication is not automatically renewed - scheduled for MDSC on 11/17/10

Seen on 11/17/10 in MDSC by L. Williams P.A. for the complaint of right flank pain – recommended weight loss – refer to Dr. Schaefer regarding Tramadol request

Seen on 11/18/10 in MDSC by L. Williams P.A. for the complaint of abdominal pain – diagnosis constipation – meds prescribed

Seen on 01/03/11 in MDSC by L. Williams P.A. for renewal of Tramadol – prescribed x 1 mo. – per MAR rec'd daily Jan. 7 – 31.

Scheduled on 02/03/11 for Dr. Ghosh but the pass was cancelled the HCU staff at the request of Dr. Ghosh

Seen on 02/24/11 in MDSC for L. Williams P.A. for renewal of Tramadol x 1 mo. – per MAR rec'd daily from 02/24/11 until 03/31/11

Seen on 03/30/11 by Dr. Ghosh for the complaint of shoulder and knee pain – per M.D. note medication and weight loss were recommended – low bunk/low gallery permit renewed – Tramadol renewed and per MAR received April 1 - 30

It should be noted that Tramadol is a controlled medication due to its addictive nature and therefore the need for renewal is monitored closely by HCU staff.

The allegations of staff misconduct are not substantiated.   There is no justification for any monetary awards.

This Grievance Officer has no medical expertise or authority to contradict the Doctor's recommendation / diagnosis.

Recommendation: Based on a review of all available information, it is recommended that this grievance be DENIED.

Colleen Franklin, CCII
                Print Grievance Officer's Name                                        Grievance Officer's Signature
          (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 9/20/11          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments

_Marcus Hardy_ WD                                    9/20/11
Chief Administrative Officer's Signature                                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_W. G._                                    B41175                    10/3/11
Committed Person's Signature                        ID#                              Date

ce/4

D953

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 2/6/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE | |

NATURE OF GRIEVANCE:

☐ Personal Property     ☐ Mail Handling     ☐ Restoration of Good Time     ☐ Disability
☐ Staff Conduct     ☐ Dietary     ☒ Medical Treatment     ☐ HIPAA
☐ Transfer Denial by Facility     ☐ Transfer Denial by Transfer Coordinator     ☐ Other (specify):

MAR 1 8 2011

1215

☐ Disciplinary Report: ___/___/___  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 2/3/2011 I HAD A PASS TO REPORT TO THE HEALTH CARE UNIT AT 12pm TO BE SEEN BY THE MEDICAL DIRECTOR DR. PARTHA GHOSH. ON 2/3/2011 C/O DOWNS DID NOT ALLOW ME TO REPORT TO MY PASS AS STATED ABOVE AND ACCORDING TO C/O DOWNS THE PASS AS STATED ABOVE WAS CANCELLED. FURTHERMORE, ON OR ABOUT 2/3/2011 THE PRESCRIBED TRAMADOL 100mg TWICE A DAY HAS AGAIN RUN OUT AND AGAIN I AM SUFFERING UNNECESSARY PAIN IN,

Relief Requested: IMMEDIATELY SEEN BY THE MED. DIR. AND/OR ANYONE WHO CAN TO PRESCRIBE THE PAIN MEDICATION TRAMADOL 100mg TWICE A DAY AND DAMAGES.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

D. Gevas        B41175     2, 6, 2011
Offender's Signature        ID#        Date
(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: 2, 9, 11 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Per HCU staff inmate is scheduled for MD sick Call on 3/30/2011

C. HARRIS        CH        3, 17, 2011
Print Counselor's Name        Counselor's Signature        Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____        ___/___/___
Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

my left shoulder due to injury which caused extreme pain.

sf

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

D953

| Date: 2/17/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): 900
- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

FEB 2 8 2011
MAR 1 8 2011
12/

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 2/3/2011 AT 12 PM I HAD A PASS TO BE SEEN BY THE MEDICAL DIRECTOR PARTHA GHOSA TO GET THE TRAMADO 100 MG TWICE A DAY RE-PROSCRIBED FOR THE EXTREME PAIN IN MY LEFT SHOULDER DUE TO INJURY AND THE PASS WAS CANCELLED. AS OF THIS DATE OF WRITING I HAVE NOT BEEN RE-ISSUED ANOTHER PASS FOR THE MED. DIR. AND I AM AGAIN SUFFERING UNNECESSARY AND WANTON INFLICTION OF EXTREME PAIN. THIS IS THE FOURTH TIME THIS HAS OCCURED. LAST TIME I HAD TO WAIT OVER 2 MONTHS IN EXTREME PAIN IN LEFT SHOULDER TO BE RE-PROSCRIBED TRAMADO 100MG TWICE A DAY.

Relief Requested: IMMEDIATELY BE SEEN BY THE MED. DIRECTOR PARTHA GHOSA AND RE-PROSCRIBED TRAMADO 100MG TWICE A DAY FOR EXTREME PAIN IN LEFT SHOULDER AND DAMAGES FOR UNNECESSARY AND WANTON INFLICTION OF EXTREME PAIN.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

R. Gvas _____ Offender's Signature _____ B41175 _____ ID# _____ 2/17/2011 _____ Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: 2, 9, 11 | [ ] Send directly to Grievance Officer [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Duplicate Grievance
Responded 2/17/11

C. Harris _____ Print Counselor's Name _____ Counselor's Signature _____ Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 2, 28, 11 | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Marcus Hardy _____ Chief Administrative Officer's Signature _____ 3, 2, 11 _____ Date

Distribution: Master File; Offender _____ Page 1 _____ DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: MARCH 18, 2011     Date Reviewed: September 19, 2011     Grievance #1215, 1216

Committed Person: DAVID GEVAS                         I.D.# B41175

Nature of Grievance: MEDICAL TREATMENT

Facts Reviewed: Grievant alleges that he was scheduled to see the Medical Director Dr. Ghosh for renewal of his pain medication Tramadol that expired on 02/02/11 but his pass not honored by C/O Downs who claimed it was cancelled. He requests to be seen by Dr. Ghosh immediately for his medication renewal and monetary damages for being in pain.

Counselor Response: per C. Harris on 03/17/11, per HCU staff inmate is scheduled for Dr. Ghosh on 03/30/11.

Grievance Officer finds that per grievant medical records the grievant was:

Scheduled on 02/03/11 for Dr. Ghosh but the pass was cancelled the HCU staff at the request of Dr. Ghosh

Per MAR Tramadol was renewed and received from 02/24/11 until 03/31/11

Seen on 03/30/11 by Dr. Ghosh for the complaint of shoulder and knee pain – per M.D. note medication and weight loss were recommended – low bunk/low gallery permit renewed – Tramadol renewed and received

Per C/O Downs – the grievant medical pass was not denied by him it was cancelled by the HCU staff

The allegations of staff misconduct are not substantiated.

There is no justification for any monetary awards.

This Grievance Officer has no medical expertise or authority to contradict the Doctor's recommendation / diagnosis.

Recommendation: Based on a review of all available information, it is recommended that this grievance be DENIED.

Colleen Franklin, CCII
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 9/20/11     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments

Marcus Hardy     9/20/11
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature          B41175          10/3/11
ID#          Date

Copy

Distribution:  Master File; Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
37          Printed on Recycled Paper          (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 3/10/2011 | Offender: (Please Print) DAVID GEVAS | | ID#: B41175 |
|---|---|---|---|
| Present Facility: STATEVILLE | | Facility where grievance issue occurred: STATEVILLE | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____
           Date of Report                    Facility where issued

MAR 17 2011
1134

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer**, only if EMERGENCY grievance.
     **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 3/10/2011 at 1pm I had a pass for the ER to be seen by the Medical Director Dr. Ghosh regarding an injury to my left shoulder that causes extreme pain, including my Tramadol 100mg twice a day for the extreme pain, prescription will now run out and I will again suffer unnecessary and wanton infliction of pain in my left shoulder, including to be seen for a low gallery permit due to extreme pain in my knees when going up/down stairs to/from 9 gallery.

Relief Requested: Immediately seen by the Medical Director for the serious medical needs stated herein, and damages for suffering unnecessary and wanton infliction of pain if Tramadol prescription runs out.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_[signature]_        B41175        3/10/2011
Offender's Signature           ID#           Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 3, 22, 2011 | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: inmate was seen in HCU on 3/30/11

C.HARRIS          _[signature]_          4, 12, 11
Print Counselor's Name          Counselor's Signature          Date of Response

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 3/17/11 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_[signature] Marcus Hardy_        3/17/11
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender           Page 1           DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

38

STATEVILLE CORRECTIONAL CENTER      Page#_____
Notification Of Appointment to HCU

Name _Gerad_____ Number _B41175_____ Date _3-10-11_

Cell# _D 953_ Time to Report __1:00p__ Assignment _____

| | | | | Other |
|---|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic | _Med Dir_ |
| X E.R. | __ OPHTH | __Infirm Adm | __ Diabetic Clinic | |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic | |
| __ OPT | __Dental | __ Asthma Clinic | __ Infec. Control Nurse | |
| __ POD | __ Physicals | __ Surgery Clinic | __ Mental Health_____ | |

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

__ I Accept This Pass_____
Inmate Signature

__ I Refuse This Assignment _____
Inmate Signature
If you are on a psychotropic medication, This will be discontinued or
Tapered off. If you do not come to your next scheduled appointment.

__ Reason for Refusal_____

Witness_____
CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to **
Re-schedule your own appointment thru the CMT.

__ No Show

Attempts to deliver this pass made at the following times:

P.N.'S_____ Reason not delivered_____

Midnights_____ Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____ P.M._____ M.N._____ A.M.
Signature of R.N._____ P.M._____ M.N._____ A.M.

Time inmate departed Assignment_____ Officer_____
TIME Inmate arrived at HCU_____ Officer_____
Time Inmate departed HCU_____ Officer_____
Time Inmate Arrived Assignment_____ Officer_____

IL 426- DCA 2234  Revised 04/93

White-- Inmate
Yellow--Provider

39

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

C445

| Date: 5/23/2011 | Offender: (Please Print) DAVID GEVAS | ID #: B41175 |
| Present Facility: Statesville | Facility where grievance issue occurred: Statesville | |

NATURE OF GRIEVANCE:

GRIEVANCE OFFICE

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☑ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

JUL 18 2011

☐ Disciplinary Report: _____ / ____ / ____
                Date of Report            Facility where issued

2766

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer**, only if EMERGENCY grievance.
     **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On or about May 20, 2011 my prescription of Tramadol 100 MG twice a day expired for relief of extreme pain in my left shoulder and both knees. From on or about May 20, 2011 I have and will continue to suffer unnecessary and wanton infliction of extreme pain in my left shoulder and both knees due to my prescription of Tramadol expiring. It is common sense that the Medical Director Dr. Shute, Physician Assistant L. Williams and Medical staff must re-evaluate my extreme pain on or before my pain medication expires and this is an intentional national, practices, and custom.

Relief Requested: All full names of persons responsible for not re-evaluating my extreme pain before prescription for pain relief expires, pain medication re-prescribed, and damages for pain & suffering.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| D. Gev (Offender's Signature) | B41175 (ID#) | 5, 23, 2011 (Date) |

(Continue on reverse side if necessary)

---

| | **Counselor's Response** (if applicable) | |

Date Received: ____ / ____ / ____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender already has the names he requests, as he states in the body of the grievance. Offender cannot change practices regulated by the State in regards to medication and its evaluation and distribution.

| CANNON (Print Counselor's Name) | (Counselor's Signature) | 6, 21, 11 (Date of Response) |

---

| | **EMERGENCY REVIEW** | |

Date Received: ____ / ____ / ____    Is this determined to be of an emergency nature?
     ☐ Yes; expedite emergency grievance
     ☐ No; an emergency is not substantiated.
     Offender should submit this grievance in the normal manner.

_____ (Chief Administrative Officer's Signature)    ____ / ____ / ____ (Date)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

NOT TO RE-EVALUATE MY EXTREME PAIN BEFORE MY PAIN
MEDICATION RUNS OUT, EXPIRES, WHICH IS DELIBERATE AND
MALICIOUS INDIFFERENCE TO MY EXTREME PAIN. ON OR ABOUT
5/16/2011 I EXPLAINED THIS SITUATION TO ASST. WARDEN
D. EDWARDS AND E. MARTIN AND IS NOW APPARENT THEY
DELIBERATELY AND MALICIOUSLY REFUSE TO CHANGE THIS
PATTERN, PRACTICE, AND CUSTOM. A HANDWRITTEN COPY
IS ALSO SENT TO ASST. WARDEN D. EDWARDS. THIS IS NOW
IS THE 4TH OR 5TH TIME THIS HAS OCCURRED AND THE MANY
GRIEVANCES DO NOT CURE AND/OR RESOLVE THIS SITUATION.
P.A. WILLIAMS TOLD ME THAT MY PRESCRIPTION OF TRAMADOL
WOULD NOT EXPIRE. THE LAST TIME I SAW DR. GHOSH, HE
INCREASED MY TRAMADOL TO 150 MG AT ~~150 MG~~ WITHOUT
THIS BUT THAT INCREASE DID NOT HAPPEN.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5/23/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville / GRIEVANCE OFFICE |
|---|---|

JUL 18 2011

STA# 2793

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____
  Date of Report          Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT May 20, 2011 my PRESCRIPTION OF TRAMADOL 100 MG THREE A DAY EXPIRED FOR RELIEF OF EXTREME PAIN IN MY LEFT SHOULDER AND BOTH KNEES. FROM ON OR ABOUT May 20, 2011 I HAVE AND WILL CONTINUE TO SUFFER UNECESSARY AND WANTON INFLICTION OF EXTREME PAIN IN MY LEFT SHOULDER AND BOTH KNEES DUE TO MY PRESCRIPTION OF TRAMADOL EXPIRING. IT IS COMMON SENSE THAT THE MEDICAL DIRECTOR DR. SHUTE, PHYSICIAN ASSISTANT L. WILLIAMS AND MEDICAL STAFF MUST RE-EVALUATE MY EXTREME PAIN ON OR BEFORE MY PAIN MEDICATION EXPIRES AND THIS IS AN INTENTIONAL PATTERN, PRACTICE, AND CUSTOM

Relief Requested: ALL FULL NAMES OF PERSONS RESPONSIBLE FOR NOT RE-EVALUATING MY EXTREME PAIN BEFORE BEFORE PRESCRIPTION FOR PAIN MEDS EXPIRES, PAIN MEDICATION RE PRESCRIBED, AND DAMAGES FOR PAIN & SUFFERING.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| D. Gevas | B41175 | 5-23, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: 5-26-11

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Pharmacy Dept. ran out of Tramadol and delivered the pills to offender as soon as the supply came in - Every attempt is made to keep them in stock, but suppliers are not always on time with deliveries.

| CANNON | [signature] | 6-21-11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          _____ / _____ / _____
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

NOT TO RE-EVALUATE MY EXTREME PAIN BEFORE MY PAIN
MEDICATION RUNS OUT, EXPIRES, WHICH IS DELIBERATE AND
MALICIOUS AND INDIFFERENCE TO MY EXTREME PAIN. ON OR
ABOUT 2/?/2011 I EXPLAINED THIS SITUATION TO ASST. WARDEN
D. EDWARDS AND C. MARTIN AND IS NOW APPARENT THEY
THEY DELIBERATELY AND MALICIOUSLY REFUSE TO CHANGE THIS
PATTERN, PRACTICE, AND CUSTOM. A HAND WRITTEN COPY
IS ALSO SENT TO ASST. WARDEN D. EDWARDS. THIS NOW IS
THE 4TH OR 5TH TIME THIS HAS OCCURRED AND THE MANY
GRIEVANCES DON'T CURE AND/OR RESOLVE THIS SITUATION.
P.A. L. WILLIAMS TOLD ME THAT MY PRESCRIPTION OF TRAMADOL
WOULD NOT EXPIRE. THE LAST TIME I SAW DR. GHOSH, HE
INCREASED MY TRAMADOL TO 150mg AT NIGHT TIME
BUT THAT INCREASE DID NOT HAPPEN.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/5/2011 | Offender: DAVID GEVAS (Please Print) | ID#: B41175 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): STA

JUN 28 2011

2534

- ☐ Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 5/27/2011 I reported to my appointment at the Health Care Unit for "ER" Emergency Room at 1p concerning getting my prescription for Tramadol 100mg twice a day for relief of extreme pain in my left shoulder and both knees re-prescribed, expired 5/20/2011. I arrived at about 12:30 p.m. and waited until about 3:15 p.m. and was intentionally not seen as has become a practice and custom. Prior to 5/27/2011 Dr. Woods wrote a referral because my prescription of Tramadol expired. According to the Correctional Officer 3-11 shift assigned to the HCU, the

Relief Requested: All ___ full names of individuals responsible for not being seen on 5/27/2011 regarding re-prescribing Tramadol 1 Dammage for unnecessary pain & suffering and immediately rescheduled to be seen.

- ☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| D. [signature] | B41175 | 6/5/2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|

| Date Received: 6/8/11 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Offender has been scheduled for sick call 6/15/11.

| C CANNON | [signature] | 6/9/11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

| EMERGENCY REVIEW | | |
|---|---|---|

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

42

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 6/5/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability
☐ Staff Conduct ☐ Dietary ☑ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify):

JUN 28 2011

☐ Disciplinary Report: ___/___/___

STA# 2534

Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 5/27/2011 I reported to my appointment at the Health Care Unit for "ER" Emergency Room at 1 p concerning getting my prescription for Tramadol 100mg twice a day for relief of extreme pain in my left shoulder and both knees re-prescribed, expired 5/20/2011. I arrived at about 12:30 p.m and waited until about 3:15 p.m and was intentionally not seen and has become a practice and custom. Prior to 5/27/2011 Dr. Woods wrote a referral because my prescription of Tramadol expired. According to the Correctional Officer 3-11 shift assigned to the HCU, the

Relief Requested: All full names of individuals responsible for not being seen on 5/27/2011 regarding re-prescribing Tramadol / damages for unnecessary pain & suffering and immediately re-scheduled to be seen

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature    B41178    6/5/2011
ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 6/8/11    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender has been scheduled for sick call 6/15/11.

CANNON    6/9/11
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
☐ Yes: expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 6/27/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B4475 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

GRIEVANCE OFFICE

JUL 18 2011

2796

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify):

☐ Disciplinary Report: _____ / _____ / _____
           Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT 5/20/2011 my PRESCRIPTION FOR TRAMADOL 100 MG 2X A DAY FOR EXTREME PAIN IN MY LEFT SHOULDER EXPIRED WITHOUT BEING RE-EVALUATED FOR THE EXTREME PAIN AND LIMITED MOVEMENT AND/OR RE-PRESCRIBED BEFORE EXPIRING. I HAD TO SUFFER UNNECESSARY AND WANTON INFLICTION OF EXTREME PAIN AND LIMITED MOVEMENT FOR MY LEFT SHOULDER DUE TO INJURY UNTIL 6/14/2011 BECAUSE THERE IS NO SYSTEM TO RE-EVALUATE AND OR RE-PRESCRIBE THIS TRAMADOL BEFORE EXPIRING. IN FACT THIS IS NOW THE 5X THIS HAS OCCURRED MAKING IT

Relief Requested: IMPLEMENT SYSTEM TO NOT LET TRAMADOL EXPIRE WITHOUT RE-EVALUATION OF PAIN OR REPRESCRIBE INCLUDING TRAIN STAFF ACCORDINGLY AND DAMAGES FOR PAIN AND SUFFERING AS STATED HEREIN.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _(signature)_ | B4475 | 6, 27, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 6, 27, 11    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issue addressed in prior grievance.

| CANNON | _(signature)_ | 6, 27, 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    _____ / _____ / _____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

43

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 6/27/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B4475 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

GRIEVANCE OFFICE

JUL 18 2011

STAMP 2796

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify)

☐ Disciplinary Report: ____/____/____
             Date of Report               Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
     **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer**, only if EMERGENCY grievance.
     **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
     administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
     Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT 5/20/2011 MY PRESCRIPTION FOR TRAMADOL 100MG 2X A DAY FOR EXTREME PAIN IN MY LEFT SHOULDER EXPIRED WITHOUT BEING RE-EVALUATED FOR THE EXTREME PAIN AND LIMITED MOVEMENT # AND/OR RE-PRESCRIBED BEFORE EXPIRING. I HAD TO SUFFER UNNECESSARY AND WANTON INFLICTION OF EXTREME PAIN AND LIMITED MOVEMENT FROM MY LEFT SHOULDER DUE TO INJURY UNTIL 6/14/2011 BECAUSE THERE IS NO SYSTEM TO RE-EVALUATE AND OR RE-PRESCRIBE THE TRAMADOL BEFORE EXPIRING. IN FACT THIS IS HOW THE SX THIS HAS OCCURRED MAKING

Relief Requested: IMPLEMENT SYSTEM TO NOT LET TRAMADOL EXPIRE WITHOUT RE-EVALUATION OF PAIN OR REPRESCRIBE INCLUDING TRAIN STAFF ACCORDINGLY AND DAMAGES FOR PAIN AND SUFFERING AS STATED HEREIN.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| ___[signature]___ | B4475 | 6, 27, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 6, 27, 11 | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: *Issue addressed in prior grievance.*

| CANNON | ___[signature]___ | 6, 27, 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender             Page 1             DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

43



**Illinois**
Department of
**Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:**     November 1, 2011

**TO:**       **GRIEVANCE OFFICE**

**FROM:**     Heidi Moss, RN Supervisor

**SUBJECT:**  **MEDICAL GRIEVANCE RESPONSE GEVAS, D. #B41175**

After a review of offender Gevas, David #R41175 medical file the counselor's response is appropriate for grievance 3147, 2792, 2766, 2797, 2796, 3192, 3163, 3161, 3160, 2795, 2793 & 2794.

#3139 – On 9/16/11 Gevas as seen by Dental. Next appointment will be 12/9/11.

#2534 – Gevas was seen on 6/14/11.

#3162 – Issues have been addressed.

HM: abl

cc:     File

44

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | #3163 |
|---|---|

Date Received: June 28, 2011          Date Reviewed: November 01 , 2011     Grievance# 2534, 2766, 2793, 2796

Committed Person: DAVID GEVAS                                              I.D.# B41175

Nature of Grievance: MEDICAL TREATMENT

Facts Reviewed: Grievant alleges his prescription for Tramadol / Ultram that he takes for shoulder and knee pain was about to expire on 05/20/11 but he can not get seen so he can have his prescription renewed. He is requesting the names of who ever is responsible for rescheduling him to be evaluated for his pain meds, to be seen immediately and monetary damages for pain and suffering.

Counselor response: per C. Cannon on 06/09/11, #2534 -offender has been scheduled for sick call on 06/15/11. #2766 – offender already has the names he requests as he states in the body of the grievance. Offender cannot change the practices regulated by the State in regards to medication and its evaluation and distribution. #2793 – Pharmacy Dept. ran out of Tramadol and delivered the pills to offender as soon as the supply came in. Every attempt is made to keep them in stock, but suppliers are not always on time with deleiveries. #2796 – issue was addressed in prior grievance # 3163 – L. Dennis offender Gevas is scheduled to see the Medical Director concerning his need for Tramadol.

Grievance Officer finds that per response from RN Supervisor H. Moss on 10/24/11, after a review of the offender's medical file the Counselors response was appropriate for grievance #2766, 2793, 2796, 3163 and #2534 – Gevas was seen on 06/14/11.

There is no justification for any monetary awards.

This Grievance Officer has no medical expertise or authority to contradict the Doctor's recommendation / diagnosis.

Recommendation: Based on a review of all available information, it is recommended that this grievance be DENIED.

Colleen Franklin, CCII
Print Grievance Officer's Name                                        Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: 11/3/11          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments

Chief Administrative Officer's Signature                                        11/3/11
                                                                                 Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature                B 41175                11/16/2011
                                            ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/27/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: STATEVELLE | Facility where grievance issue occurred: STATEVELLE | |

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☐ Disciplinary Report: ___/___/___
Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT 5/20/2011 MY PRESCRIPTION FOR TRAMADOL 100 MG 2x A DAY FOR EXTREME PAIN IN MY LEFT SHOULDER EXPIRED WITHOUT BEING RE-EVALUATED FOR THE EXTREME PAIN AND LIMITED MOVEMENT AND/OR RE-PRESCRIBED BEFORE EXPIRING. I HAD TO SUFFER UNECESSARY AND WANTON INFLICTION OF EXTREME PAIN AND LIMITED MOVEMENT IN MY LEFT SHOULDER DUE TO INJURY UNTIL 6/14/2011 BECAUSE THERE IS NO SYSTEM TO RE-EVALUATE AND OR RE-PRESCRIBE THIS TRAMADOL BEFORE EXPIRING. IN FACT THIS IS NOW THE 5x THIS HAS OCCURRED MAKING

Relief Requested: IMPLEMENT SYSTEM TO NOT LET TRAMADOL EXPIRE WITHOUT RE-EVALUATION OF PAIN OR REPRESCRIBE INCLUDING TRAIN STAFF ACCORDINGLY AND DAMAGES FOR PAIN AND SUFFERING AS STATED HEREIN.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| (signature) | B41175 | 6, 27, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: 6, 27, 11 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Issue addressed in prior grievance.

| CANNON | (signature) | 6, 27, 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

## EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____
Chief Administrative Officer's Signature      ___/___/___
     Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE** (Continued)

THIS A CUSTOM AND PRACTICE TO JUST LET A PRESCRIPTION
EXPIRE WITHOUT RE EVALUATING THE EXTREME PAIN
OR RE PRESCRIBE TRAMADOL FOR PAIN, ~~████~~
ACCORDING TO D. EDWARDS, ASST WARDEN WEXFORD IS
AWARE OF THIS PROBLEM AND REFUSES TO CORRECT OR
TRAIN THEIR STAFF ACCORDINGLY. PRIOR ~~██~~ AND AFTER
TRAMADOL 100MG 2X A DAY EXPIRED I INFORMED
D. EDWARDS ASST. WARDEN, E. MARTIN DIRECTOR OF NURSES,
L. WILLIAMS P.A. CMT SHEARY, CMT WENDY, WARDEN
M. HARDY, ~~████~~ EDWARDS ASST. WARDEN AND
EVERY NURSE ON 7-3 SHIFT AND 3-11 SHIFT WHO IN GAVE
ME MEDICATION OF THE PROBLEM'S DESCRIBED HEREIN
AND ALL I RECEIVED IS DELIBERATE INDIFFERENCE TO
MY EXTREME PAIN IN L/SHOULDER AND BOTH KNEES.
IN FACT THEY TRAMADOL/ULTRAM IS NOT TO BE SUDDENLY STOPPED
IF USED FOR AN EXTENDED PERIOD OF TIME.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 6/27/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |

| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): _____ |

☐ Disciplinary Report: _____ / _____ / _____
Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT ONE (1) YEAR AGO, DR. SHAEFER ORDERED physical THERAPY FOR my LEFT SHOULDER EXTREME PAIN AND LIMITED MOVEMENT DUE TO INJURY. AT THIS TIME DR. SHAEFER ORDERED THE physical THERAPY, HE GAVE ME AN ULTIMATUM THAT I DECIDE WHICH PAIN MEDICATION TO STOP TAKING EITHER TRAMADOL OR FROGGEN OR HE WOULD DECIDE. I REQUESTED TO KEEP TAKING THE TRAMADOL FOR THE EXTREME PAIN AND LIMITED MOVEMENT IN MY LEFT SHOULDER. AT OF THIS DATE OF WRITING NO physical THERAPY HAS BEEN GIVEN FOR MY L/SHOULDER A SERIOUS MEDICAL CONDITIONS.

Relief Requested: IMMEDIATELY GIVEN physical THERAPY FOR MY L/SHOULDER EXTREME PAIN AND LIMITED MOVEMENT, DAMAGES FOR UNNECESSARY AND WANTON INFLICTION OF PAIN AND SUFFERING.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| [signature] | B41175 | 6, 27, 2011 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |

| Date Received: 6, 27, 11 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Offender does not currently have an appointment scheduled. He needs to speak to Unit C CMT to be scheduled.

| C CANNON | [signature] | 6, 29, 11 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** | |

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| _____ | _____ |
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

C445

| Date: 7/28/2011 | Offender: DAVID GEVAS (Please Print) | ID#: B41175 |
|---|---|---|
| Present Facility: STATEVILLE | Facility where grievance issue occurred: Somerville | |

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator)
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify):

AUG 1 1 2011

STA# 316

- ☐ Disciplinary Report: _____ / _____ / _____     _____
   Date of Report                           Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 6/14/2011 Dr. Funk Re-prescribed Ultram/ Tramadol 50mg AM and 100mg PM for extreme pain in my left shoulder and both knees. According to the AM nurse my prescription for Ultram/Tramadol expired on 5/24/2011, and I had to suffer in extreme pain for many days (21) for the sixth time to have Tramadol re-prescribed. The first time was 6/9/2010 to 8/24/10 I had to suffer in extreme pain for many days (65) to have Tramadol re-prescribed. The second time was 9/24/10 to 10/4/10 I had to suffer in extreme pain for many days (10) to

Relief Requested: The full names of the persons responsible for the six times I had to suffer in extreme pain for many days to have Tramadol re-prescribed, invoice policy to stop the wait for many days in extreme pain. (over)

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _[signature]_ | B41175 | 7, 28, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 8, 2, 11

☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277 Springfield, IL 62794-9277

Response: Offender Gevas is scheduled to see the medical director concerning his need for Tramadol.

| L. Dennis | _[signature] L. Dennis_ | 8, 10, 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     _____ / _____ / _____
Chief Administrative Officer's Signature                              Date

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

HAVE TRAMADOL RE-PRESCRIBED. THE THIRD TIME WAS 11/19/10 TO 1/3/10 I HAD TO SUFFER IN EXTREME PAIN FOR MANY DAYS (44) TO HAVE TRAMADOL RE-PRESCRIBED. THE FOURTH TIME WAS 2/3/11 TO 2/24/11 I HAD TO SUFFER IN EXTREME PAIN FOR MANY DAYS (11) TO HAVE TRAMADOL RE-PRESCRIBED. THE FIFTH TIME WAS 3/24/11 TO 3/30/11 I HAD TO SUFFER IN EXTREME PAIN FOR MANY DAYS (6) TO HAVE TRAMADOL RE-PRESCRIBED. I PLEADED WITH EVERY AM AND PM NURSE, MED TECH WENDY AND MED TECH JOE SHEAHEY, WROTE MANY REQUESTS TO SICK CALL SUBMITTED MANY GRIEVANCES, P.A. WILLIAMS, ASST. WARDEN EDWARDS, WARDEN HARDY, E. MARTIN DIRECTOR OF NURSING, TO ASSIST ME WITH GETTING MY TRAMADOL RE-PRESCRIBED FOR THE EXTREME PAIN. EXPLAINED TO ASST. WARDEN EDWARDS, E. MARTIN DIRECTOR OF NURSES REGARDING THE PROBLEMS WITH THE TRAMADOL EXPIRING AND HAVING TO WAIT AND SUFFER IN EXTREME PAIN FOR MANY DAYS TO HAVE TRAMADOL RE-PRESCRIBED. INCLUDING MOST OF THE GRIEVANCES WERE NOT RETURNED FROM THE GRIEVANCE OFFICER AND COUNSELOR. MANY DAYS I DID NOT RECEIVE THE TRAMADOL BECAUSE ACCORDING TO THE NURSE IT WAS OUT, RAN OUT OF TRAMADOL ONE 7/12/11 THE PM. NURSE INFORMED ME THAT MANY TIMES THE TRAMADOL WAS STOLEN AND COULD NOT BE ACCOUNTED FOR AND THAT IS ALSO WHY I DID NOT RECEIVE AND IT WAS OUT.

RELIEF REQUESTED: TO HAVE TRAMADOL RE-PRESCRIBED, AND DAMAGES FOR PAIN & SUFFERING

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11/28/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|

Present Facility: Stateville | Facility where grievance issue occurred: Stateville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

Facility where issued

M442

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On or about 11/18/2011 my prescription for Tramadol 50 mg A.M. and 100 mg P.M. for extreme pain in my left shoulder due to injury and both knees expired. This is the eighth time that my extreme pain in my left shoulder due to injury and both knees wasn't re-evaluated before the prescription for Tramadol expired leaving me in severe and extreme pain without any relief for pain. When Dr. Carter Medical Director wrote this last prescription for Tramadol, I explained to him the previous seven times that the prescription for Tramadol for extreme pain

**Relief Requested:** Immediately re-evaluate for extreme pain in left shoulder and both knees, stop letting Tramadol expire leaving me in extreme pain or re-evaluate pain before Tramadol expires, and damages.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature ____ ID# B41175 Date 11/28/2011

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11/30/11

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** A copy of this grievance has been furnished to the HCU for review and response. The original grievance has been forwarded to the Grievance Office. There is no need to send your copy to the Grievance Officer or the Health Care Unit. You will receive a final response from the Grievance Office when the Health Care Unit responds to same.

Print Counselor's Name N. Dennis | Counselor's Signature | Date of Response 12/3/11

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ____ Date ____ / ____ / ____

Distribution: Master File; Offender | Page 1 | DOC 0046 (Rev 3/2005)
Printed on Recycled Paper

50

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

EXPIRED WITHOUT RE-EVALUATION BEFORE EXPIRING. AND HE
RESPONDED THAT HE IS A MAN OF FEW WORDS AND ON MY
RETURN VISIT BEFORE EXPIRING, I NEED TO DECIDE
BETWEEN TRAMADOL OR A CORTIZONE SHOT AND THIS
DIDN'T HAPPEN. ON 11/19/~~~~ 2011 I INFORMED
A NURSE IN THE E/R (MORBAN?) THAT MY TRAMADOL
EXPIRED AND SHE INFORMED ME THAT SHE WILL LEAVE A NOTE
TO HAVE DR. CARTER RE-PRESCRIBE TRAMADOL AND THAT
DIDN'T HAPPEN. ON 11/20/2011 I INFORMED COUNSELOR
DENNIS THAT MY PRESCRIPTION FOR TRAMADOL EXPIRED
AND SHE INFORMED ME THAT SHE WOULD CONTACT ROYCE
BROWN REDD (HCUA) FOR ASSISTANCE WITH GETTING
THE PRESCRIPTION FOR TRAMADOL RE-PRESCRIBED AND
THIS DIDN'T HAPPEN. ON 11/23/2011 I INFORMED D. EDWARDS
ASST. WARDEN IN CHARGE OF THE HEALTH CARE UNIT THAT
MY TRAMADOL EXPIRED WITHOUT BEING RE-EVALUATED FOR
THE EXTREME PAIN IN MY LEFT SHOULDER AND BOTH KNEES
BEFORE EXPIRING LEAVING ME IN EXTREME PAIN WITHOUT
RELIEF. D. EDWARDS WROTE DOWN MY NAME AND ID #
AND AS OF DATE OF WRITING NOTHING HAS BEEN DONE.
THIS SAME PROBLEM HAS BEEN BROUGHT TO D. EDWARDS ATTENTION
MANY TIMES AND HE DELIBERATELY IGNORES THE PROBLEM.
THIS IS A PRACTICE AND CUSTOM TO NOT RE-EVALUATE PAIN BEFORE
TRAMADOL EXPIRES. ON 11/28/2011 NURSE LAURA INFORMED ME THAT
SHE PUT ME IN, ONE (1) WEEK PRIOR TO TRAMADOL EXPIRING,
TO BE RE-EVALUATED BY DR. CARTER REGARDING THE EXTREME
PAIN IN LEFT SHOULDER AND BOTH KNEES. AND DR. CARTER
DELIBERATELY REFUSES ~~~~~~ TO RE-EVALUATE PAIN.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11/28/2011 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT 11/18/2011 MY PRESCRIPTIONS FOR TRAMADOL 50 MG A.M. AND 100 MG P.M. FOR EXTREME PAIN IN MY LEFT SHOULDER DUE TO INJURY AND BOTH KNEES EXPIRED. THIS IS THE EIGHTH TIME THAT MY EXTREME PAIN IN MY LEFT SHOULDER DUE TO INJURY AND BOTH KNEES WASN'T RE-EVALUATED BEFORE THE PRESCRIPTION FOR TRAMADOL EXPIRED LEAVING ME IN SEVERE AND EXTREME PAIN WITH OUT ANY RELIEF FOR PAIN, WHEN DR. CARTER MEDICAL DIRECTOR WROTE THIS LAST PRESCRIPTION FOR TRAMADOL, I EXPLAINED TO HIM THE PREVIOUS SEVEN TIMES THAT THE PRESCRIPTIONS FOR TRAMADOL FOR EXTREME PAIN

Relief Requested: IMMEDIATELY RE-EVALUATED FOR EXTREME PAIN IN LEFT SHOULDER AND BOTH KNEES, STOP LETTING TRAMADOL EXPIRE LEAVING ME IN EXTREME PAIN AND RE-EVALUATE PAIN BEFORE TRAMADOL EXPIRES, AND DAMAGES.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| D. Gevas | B41175 | 11, 28, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 11, 30, 11

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response. The original grievance has been forwarded to the Grievance Office. There is no need to send your copy to the Grievance Office or the Health Care Unit. You will receive a final response from the Grievance Office after the Health Care Unit responds to same.

| N. Dennis | N. Dennis | 12.3.11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?

- [ ] Yes: expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      ____ / ____ / ____ Date

EXPIRED WITHOUT RE-EVALUATION BEFORE EXPIRING. AND HE RESPONDED THAT HE IS A MAN OF FEW WORDS AND ON MY RETURN VISIT BEFORE EXPIRING, I NEED TO DECIDE BETWEEN TRAMADOL OR A CORTIZONE SHOT AND THIS DIDN'T HAPPEN. ON 11/19/~~~~2011 I INFORMED A NURSE IN THE ER (MORBANE?) THAT MY TRAMADOL EXPIRED AND SHE INFORMED ME THAT SHE WILL LEAVE A NOTE TO HAVE DR. CARTER RE-PRESCRIBE TRAMADOL AND THAT DIDN'T HAPPEN. ON 11/20/2011 I INFORMED COUNSELOR DONNES THAT MY PRESCRIPTION FOR TRAMADOL EXPIRED AND SHE INFORMED ME THAT SHE WOULD CONTACT ROYCE BROWNE REDD (HCUA) FOR ASSISTANCE WITH GETTING THE PRESCRIPTION FOR TRAMADOL RE-PRESCRIBED AND THIS DIDN'T HAPPEN. ON 11/23/2011 I INFORMED D. EDWARDS ASST WARDEN IN CHARGE OF THE HEALTH CARE UNIT THAT MY TRAMADOL EXPIRED WITHOUT BEING RE-EVALUATED FOR THE EXTREME PAIN IN MY LEFT SHOULDER AND BOTH KNEES BEFORE EXPIRING LEAVING ME IN EXTREME PAIN WITHOUT RELIEF. D. EDWARDS WROTE DOWN MY NAME AND ID # AND AS OF DATE OF WRITING NOTHING HAS BEEN DONE. THIS SAME PROBLEM HAS BEEN BROUGHT TO D. EDWARDS ATTENTION MANY TIMES AND HE DELIBERATELY IGNORES THE PROBLEM. THERE IS A PRACTICE AND CUSTOM TO NOT RE-EVALUATE PAIN BEFORE TRAMADOL EXPIRES. ON 11/28/2011 NURSE LAURA INFORMED ME THAT SHE PUT ME IN, ONE (1) WEEK PRIOR TO TRAMADOL EXPIRING, TO BE RE-EVALUATED BY DR. CARTER REGARDING THE EXTREME PAIN IN LEFT SHOULDER AND BOTH KNEES. AND DR. CARTER DELIBERATELY REFUSES ~~~~~ TO RE-EVALUATE PAIN.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11/29/2011 | Offender: (Please Print) DAVID GEVAS | | ID#: B41175 |
|---|---|---|---|
| Present Facility: Stateville | | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | |

☐ Disability
☐ HIPAA
☒ Other (specify): ___

☐ Disciplinary Report: ___/___/___
Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 11/29/2011 at about 10:30 a.m. I was called and escorted to the Health Care Unit (HCU) without a pass. Nurse Tiffany informed me that I would be seen by Dr. Carter to re-evaluate the extreme pain in my left shoulder and both knees due to my prescribed Tramadol 50 mg a.m. and 100 mg p.m. used for pain relief expiring on 11/18/2011. At about 2:00 p.m. Officer Milsap informed me that Dr. Carter re-prescribed the Tramadol for relief of extreme pain in my left shoulder and both knees without examining, re-evaluating, or talking with me regarding my extreme pain in my left shoulder and

**Relief Requested:** Extreme pain in left shoulder and both knees properly evaluated, examined in order to receive proper dose to relieve extreme pains in order to function and sleep properly, punitive and injunctive damages

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_[signature]_ ___ B41175 ___ 11, 29, 2011
Offender's Signature ___ ID# ___ Date

**(Continue on reverse side if necessary)**

---

**Counselor's Response (If applicable)**

Date Received: 12, 1, 11

☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send your copy to the grievance office or the health care unit. You will receive a final response from the grievance office when the Health Care Unit responds to same.

L. Dennis _____ _[signature]_ ___ 12, 6, 11
Print Counselor's Name ___ Counselor's Signature ___ Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature ___ Date

---

Distribution: Master File; Offender ___ Page 1 ___ DOC 0046 (Rev 3/2005)
Printed on Recycled Paper

52

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

BOTH KNEES. DR. CARTER lowered my P.M DOSAGE OF TRAMADOL FROM 100mg TO 50mg WITHOUT EXAMINING, RE-EVALUATING OR TALKING WITH ME REGARDING my EXTREME PAIN IN my LEFT SHOULDER AND BOTH KNEES. CAUSING THE INABILITY TO FOR me TO SLEEP properly DUE TO THE EXTREME PAIN. A NURSE INFORMED ME THAT my TRAMADOL WAS lowered BECAUSE I COMPLAINTED WHEN IT EXPIRED AND RAN OUT WHEN PRESCRIBED. IN OBTAINING AND Counseling Downes INTO HCU ADMINISTRATION, AND NURSES When ADMINISTER MEDICATION IN A.m. & P.m.

Printed on Recycled Paper

December 8, 2011

Royce Brown Reed,
Health Care Unit Administrator

Dear Administrator reed:

I am respectfully requesting your assistance with my serious medical needs.

On 11/29/2011 Dr. Cater re-prescribed my Tramadol 50 mg a,ma, and p.m. without re-evaluating my evetreme pain in my left shoulder and both knees. In fact he didn't even see me. Lowering my dosage of Tramadol has made it in-effective for releaving my pain and also making sleep impossible due to the extreme pain in my left shoulder. I need a higher dosgae of tarmadol or another different pain reliever.

Also, I need my low gallery, low bunk, front cuffing, medical restaints permit re-newed before my permit expires on 1/15/2012.

Also, I have a new prescription for contacts in order to see and it is not being filled. I have gone without contacts in order to see for a long time now. It took almost a year to replace my last contacts and when they did it was with 30 day disposable contacts that broke after 2-3 uses, every pair. And now that they have run out of the disposable contacts, nothibgg is being done to fill my new prescription for new contacts so I can see.

In july of 2011 I requested certain medical records and as of this date of writing i have not received them.

Please respond accordingly. Thank you.

Sincerely

David Gevas, B41175
C-445


c.c. David Gevas, B41175
     Royce Brown Reed, HCUA
     D. Edwards, Assistant Warden od Programs

53

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/29/11 | Offender: (Please Print) DAVID GEVAS | ID#: B41175 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Disability
- [ ] Other (specify):

AUG 1 1 2011
STA# 347

- [ ] Disciplinary Report: _____ / _____
      Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON OR ABOUT 7/1/11 I RECEIVED A MEMORANDUM FROM BRENDA JERZ, HIA, MEDICAL RECORDS REGARDING MY REQUEST FOR MEDICAL RECORDS. SHORTLY THEREAFTER, I SIGNED THE AUTHORIZATION FOR RELEASE OF INFORMATION AND FILLED OUT CORRECTLY AND SPECIFICALLY MY MEDICAL RECORDS NEEDED. AS OF THIS DATE OF WRITING THIS GRIEVANCE I HAVE NOT RECEIVED MY REQUESTED MEDICAL RECORDS

Relief Requested: RECEIVE THE SPECIFIC MEDICAL RECORDS AS SPECIFIED ON THE AUTHO FOR RELEASE IMMEDIATELY.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____ ID# B41175 Date 7/29/11

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8/2/11

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: On 8/10/11 this counselor spoke to Brenda Jerz in medical records. She stated she does have a request for copies of medical records from offender Gevas. Brenda Jerz stated she processes requests for copies in order of receipt and there is →

C. Dennis _____ L Dennis _____ 8/10/11
Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Counselor's Response cont...
a backlog due to understaffing. EOS

C. Dennis    L. Dennis    8/10/11